IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00364-WDM-PAC

MOTOWN RECORDS COMPANY, et al.,

    Plaintiffs,

v.

DOES 1-25,

    Defendants.

---

**NOTICE OF DISMISSAL**

---

The court takes notice of Plaintiffs' Notice of Dismissal Without Prejudice of Remaining Doe Defendants Nos. 1-24 in accordance with Fed. R. Civ. P. 41(a)(1)(i). Doe defendant No. 25 having previously been dismissed, this case is dismissed without prejudice each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on June 28, 2005.

                                      BY THE COURT:

                                      /s/ Walker D. Miller
                                      United States District Judge

PDF FINAL